```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

DELACEY ANTONIO HOLLEY, #243606,   :

    Plaintiff,                       :

vs.                                :   CIVIL ACTION 06-0068-WS-M

MOBILE COUNTY METRO JAIL,          :

    Defendant.                      :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 30th day of January, 2007.

                                        s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE